IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Samuel L. Wilder,   #258295, ) | C/A NO.  3:12-1743-CMC-JRM |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| William Byars, in his official capacity as ) | |
| Commissioner of South Carolina ) | |
| Department of Corrections, SCDC; Wayne ) | |
| McCabe, in his official capacity as Warden ) | |
| at Lieber Correctional Institution; Linda ) | |
| Jones, in her official capacity as Nurse at ) | |
| Lieber Correctional Institution Health ) | |
| Service, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 20, 2013, this court granted Defendants' motion for summary judgment and dismissed this matter with prejudice. Plaintiff's objections to the Report and Recommendation of the Magistrate Judge ("Report") were due June 17, 2013. *See* F.R.Civ. P. 6(a)(1)(C); 5(b)(2)(C). At the time of dismissal, the time for responding to the Report of the Magistrate Judge under the Rules had expired, and no objections had been received.

On June 24, 2013, the Clerk received two filings from Plaintiff: "Objections to the Report and Recommendation" ECF No. 57, and "Motion to Supplement Preliminary Injunction," ECF No. 58. Plaintiff's objections were given to prison authorities on June 19, 2013. *See* ECF No. 57-2 at 2. Accordingly, Plaintiff's objections to the Report are untimely.

However, out of an abundance of caution, the undersigned has reviewed Plaintiff's Objections and finds them without merit. The Objections are reiteration of the arguments and positions taken in opposition to Defendants' summary judgment motion and fail to establish any

1

legal or factual infirmity in the Report.

As to Plaintiff's Motion to Supplement Preliminary Injunction, it is **denied**.

Accordingly, the court affirms its Opinion and Order granting summary judgment to Defendants and dismissing this matter with prejudice.

**IT IS SO ORDERED.**

                                                s/ Cameron McGowan Currie
                                                CAMERON MCGOWAN CURRIE
                                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 27, 2013